# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:21-CV-547-FDW-DCK

| | |
|---|---|
| DORIS HILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVANT MEDICAL GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding the status of the case and a discovery dispute between the parties. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Pursuant to the Honorable Frank D. Whitney's "Case Management Order" (Document No. 5, p. 5) the undersigned held an informal telephone conference on June 9, 2022, to consider a discovery dispute related to the production of Plaintiff's tax returns. Defendant originally requested Plaintiff's federal and state tax records and returns from April 2015 to the present. Defendant has subsequently agreed to narrow its request to 2018 to the present.

Based on the parties' informal submissions, applicable legal authority, and counsel's arguments during the telephone conference, the undersigned finds that Plaintiff's requested tax documents are relevant and discoverable and should be produced to Defendant's counsel. As discussed during the telephone conference, such production shall be limited to 2018 to present, and shall be subject to the standing protective order in this case and/or any reasonable additional provisions, including redactions, agreed to by the parties to protect Plaintiff's privacy.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall provide Defendant's counsel with copies of her federal and state tax records and returns from 2018 to present, on or before **June 24, 2022**.

**SO ORDERED**.

Signed: June 9, 2022

*David C. Keesler*
United States Magistrate Judge